AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
)   Case No. 8:22-MJ-00410
)
115 S. State College Boulevard, Unit #104  )
Brea, CA 92821  )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to <u>18 U.S.C. § 3103a(b)</u>, I find that immediate notification may have an adverse result listed in <u>18 U.S.C. § 2705</u> (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   June 6, 2022 at 1:15 p.m.            *Karen E. Scott*
                                                              Judge's signature

City and state:     Santa Ana, CA            Hon. Karen E. Scott, U.S. Magistrate Judge
                                                              Printed name and title

AUSA: <u>Benjamin Barron (714 338 3536)</u>

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 8:22-MJ-00410 | Date and time warrant executed: 6/9/2022 6:00 AM | Copy of warrant and inventory left with: BOIRES 115 S. TATEL College #104, Brea, CA |
|---|---|---|

Inventory made in the presence of:
L. Rofe + Scott Robbins

Inventory of the property taken and name of any person(s) seized:

See attached INVENTORY sheets.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/9/22

_____
Executing officer's signature

Loren Rofe Postal Inspector
Printed name and title

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: _____  Date: 6/9/22

Subject Address: 115 State City #104 Brea CA  Floor/Room No. A-Laundry

Inspector(s): _____  Case No. 369267

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| A 01478433 | 2 Pieces of US Mail Pedro Montano |

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: ____/____

Subject Name: _____
Date: 6/9/22

Subject Address: 115 S State College #114 Brea CA
Floor/Room No.: B - open closet

Inspector(s): _____
Case No.: 3692667

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| b1478440 ✓ | box of Misc Mail |

DISTRIBUTION OF COPIES:  White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)
Pink- Subject Searched
Green- Evidence Control Officer (Attach to PS Form 714)

Page 2 of 6 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _____
Subject Address: 1155 State College #104 Brea CA
Inspector(s): _____

Date: 6/9/22
Floor/Room No.: E - Main Living Room
Case No.: 3692667

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 01478441 ✓ | Red Cord Credit Card |
| A01478450 ✓ | Billing Statement from Lexus - Andrea Fernandez |
| A01478439 ✓ | Clear baggie with white crystal/powder |
| A01478449 ✓ | Misc Documents & Financial Receipts |

DISTRIBUTION OF COPIES:
White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)
Pink- Subject Searched
Green- Evidence Control Officer (Attach to PS Form 714)

PS Form 8164, October 1993

Page 3 of 6 pages

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: NA  
Date: 6/9/2022  
Subject Address: 115 S.State College #104 Brea CA  
Floor/Room No.: G-Closet  
Inspector(s): _____  
Case No. 3692607  

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____  
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 701478435 ✓ | Misc Docs & checks |
| 701478445 ✓ | Mail - Rudy Ortega |
| ~~701478428~~ | None |
| 701478436 ✓ | Misc checks & washed checks |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*  
Yellow-*Inspector (Attach to PS Form 714)*  
Pink-*Subject Searched*  
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 4 of 6 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: _____
Date: 6/9/22

Subject Address: 1155 S State College #104 Brea CA
Floor/Room No.: H - ~~bed~~ Bath

Inspector(s): _____
Case No.: 3692667

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 7014784138 ✓ | vehicle Registration Derek Wright |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 5 of 6 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: ____/____

Subject Name: _____
Subject Address: 115 S State College #104 Brea CA
Inspector(s): _____

Date: 6/9/22
Floor/Room No.: 1 - Bedroom 2
Case No.: 3692667

Safe: ____ Cabinet: ____ Credenza: ____ Desk: ____ Drawer: ____
Shelf: ____ Table: ____ Wall: ____ Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 7014 7844 3 ✓ | Soc Sec Card Mailer, Profiles |
| .0147 8434 ✓ | 1 baggie of white crystal like substance |

DISTRIBUTION OF COPIES:
White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS Form 714)
Pink - Subject Searched
Green - Evidence Control Officer (Attach to PS Form 714)

Page 6 of 6 pages

PS Form 8164, October 1993